# EXHIBIT A

## Affidavit of Chelsey Marie Smith

1. My name is Chelsey Marie Smith. I am over the age of 18, I am of sound mind, and I have personal knowledge of the facts contained in this affidavit.

2. I was employed through a temporary employment agency (KForce) and was working full-time at the Broward County Supervisor of Elections (hereinafter, SOE) main office in Lauderhill, FL. My duties included clerical work as well as delivering various items, as needed, throughout the office. My regular hours were from 8:00AM until approximately 9:00PM, depending on the need. As an employee, I regularly clocked in and out of work as required.

3. As part of my regular duties, I frequently handled absentee ballots, including time-stamping, registering new voter residences, and sorting and delivering ballots to various sections of the SOE headquarters. One of my supervisors, Dozel Spencer, had reviewed the various ballots with me as part of my training. As such, I am very familiar with the appearance of those ballots.

4. On 10/31/16 at about 8:30PM, I was instructed by my supervisor, Charlotte Shipman-Smith, to carry a stack of absentee ballot request forms to another room in the building, which they referred to as the Pitney-Bowes Room. I had never previously been asked to go to that room.

5. When I got to the Pitney-Bowes Room, I found that the entrance door was locked and required a security number to gain entrance. I was never provided with that security number so I could not enter on my own. The door has a long thin window which was uncovered. Although I knocked several times, the people inside were too busy to notice. Through the door window I could clearly see four SOE employees sitting at a table with stacks of documents and writing something. Eventually one of the employees opened the door, took the ballots from me, and closed the door. I was not let into the room and the employee seemed very rushed. From the door window I was unable to determine what documents were on the table. I then returned to my regular work place.

6. I was then asked to deliver another stack of absentee ballot request forms to the same room. Once again, the employees initially ignored my knocking. I looked through the door window and could clearly see four SOE employees sitting at a table. Each person had a stack of documents next to them on one side and another stack on the other side, and they were all writing something on each document.

7. Eventually an employee opened the door for me, and in a very hurried pace, allowed me in the room and told me to place my ballots on a different table. Once in the room, I could see the four SOE employees sitting at the same table actively filling out election ballots. Each had a stack of blank ballots to the right of them (about an inch high) and a stack of completed ballots to their left. There were perhaps a dozen in each completed stack. I could see that the bubbles on the right stack had not been filled in, while the bubbles on the left stack had been blackened in. I could also see the employees filling in the bubbles as they moved the ballots from right to left. I witnessed this activity for over a minute.

8. I could see that the SOE employees were using the same black pens (white body with a black cap) that the SOE supplies to voters at the polling sites. I was then told to leave the room by one of the employees at the table.

9. I completed other duties in another section of the building and left about 30 minutes later. When I arrived home, I told my mother, Michelle Castellanos, what I had seen. I was initially frightened to report this activity to anyone at the SOE for fear of retaliation.

10. The following day I reported for work at the same office at 9:00AM, performed my regular duties and took my lunch break at the regular time. When I returned from lunch at 12:30, I was met by a uniformed security guard at the SOE entrance and told that I had been terminated, and was forced to immediately turn over my SOE credentials. I was warned that I was no longer welcomed in the SOE building and that I should never return. I was given no explanation for this action.

11. I was able to determine the identity of one of the SOE employees using the Facebook site for the SOE Office. The employee was Mary Hall. I recognized Ms. Hall from a group picture of SOE employees which is posted on the SOE Facebook page. I had also seen photographs of Mary Hall with her name on the walls in the SOE building. Finally, Mary Hall's Facebook page lists her employment with the SOE Office. Thus, I can say that I saw Mary Hall, an SOE employee, sitting at the table in the Pitney-Bowes Room actively completing ballots with an SOE pen, and placing them into a stack. Mary Hall was also the employee who told me to leave the room.

12. I am executing this affidavit freely and voluntarily. I have not been pressured or enticed in any manner to provide this testimony. I am willing to fully cooperate with law enforcement in the investigation and prosecution of this matter.

13. Further affiant sayeth naught.

*Chelsey Marie Smith*

STATE OF FLORIDA
COUNTY OF BROWARD

BEFORE ME, the undersigned authority, personally appeared Chelsey Marie Smith who is personally known to me or having displayed the following identification _Florida Drivers License_, and who after being duly sworn, deposes and states that, under penalty of perjury, the above listed facts are true and correct.

SWORN TO AND SUBSCRIBED before me this 3rd day of November, 2016.

NOTARY PUBLIC
State of Florida at Large
My Commission Expires:

Robert G. Nichols
NOTARY PUBLIC
STATE OF FLORIDA
Comm# FF228389
Expires 7/17/2019

Page 2 of 2