# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**ROQUE DE LA FUENTA GUERRA,**

    **Plaintiff,**

v.                                  Case No. 4:16cv751-MW/CAS

**BRENDA SNIPES, Broward County Supervisor of Elections, and KEN DETZNER, Secretary of the State of Florida,**

    **Defendants.**

_____/

## ORDER TO SHOW CAUSE

Plaintiff filed this action on December 6, 2016. No summons has been issued on either Defendant nor has there been any further activity since the filing of the Complaint. Accordingly,

IT IS ORDERED:

Plaintiff shall show cause, if any he has, on or before March 17, 2017, why this action should not be dismissed without prejudice for failure to prosecute.

**SO ORDERED on March 1, 2017.**

                                          s/Mark E. Walker     
                                          **United States District Judge**