THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ROQUE "ROCKY" DE LA FUENTE GUERRA,

       Plaintiff,

  vs.                                CASE NO.: 4:16-cv-751-MW/CAS

BRENDA SNIPES, Broward County
Supervisor of Elections, and
KEN DETZNER, Secretary of the
State of Florida,

       Defendants.
_____/

## RESPONSE TO ORDER TO SHOW CAUSE

    The complaint in this case pertained to a challenge in the way the Supervisor of Elections Broward County handled election ballots and the acceptance of the results by the Secretary of State, for the general election in 2016.

    Although the election has been completed, and it is too late to change the results of the 2016 general election, by order of the court, the Plaintiff intends to run for office in 2020 and the method and process of counting ballots, employed by the Supervisor of Elections of Broward County are likely to be repeated, and therefore, the Plaintiff wishes to proceed with this lawsuit.

    The Plaintiff informed the undersigned attorney that it was his desire to hire an attorney, who is not admitted to practice before the United States District Court for the Northern District of Florida, on a pro hoc vice basis, and desired the undersigned attorney to serve as local counsel. After the complaint was filed, the undersigned was awaiting

instructions from the Plaintiff as to whether he wished to proceed. He was also waiting to hear from the attorney who was to apply to make an appearance pro hoc vice.

When the undersigned received the Order to Show Cause, he contacted the Plaintiff and the aforesaid out of state attorney, who advised that they were waiting until the parties have been served, before applying to enter an appearance.

The undersigned attorney has now served the Defendants and is filing proof of service with the clerk's office.

For the foregoing reasons, it is respectfully requested that the above matter not be dismissed and that Plaintiff be permitted to proceed.

s/Michael Steinberg
Michael Steinberg, Esquire
Florida Bar No. 340065
Attorney for Plaintiff
4925 Independence Parkway, Suite 195
Tampa, Florida 33634
(813) 221-1300
(813) 221-1702 fax
mas@ssalawyers.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that pursuant to N.D. Fla. Loc. R. 5.1(F), each party on whom this motion is to be served is represented by an attorney who will be served through this Court's CM/ECF system upon filing of this 17th day of March, 2017.

s/Michael Steinberg
Michael Steinberg, Esquire
Florida Bar No. 340065
Attorney for Plaintiff
4925 Independence Parkway, Suite 195
Tampa, Florida 33634
(813) 221-1300
(813) 221-1702 fax
mas@ssalawyers.com