IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| ROQUE "ROCKY" DE LA FUENTE GUERRA,  :<br>:<br>:<br>Plaintiff,  :<br>:<br>v.  :<br>:<br>DR. BRENDA C. SNIPES, both in her official  :<br>capacity as the Broward County Supervisor  :<br>of Elections and in her personal capacity; and,  :<br>KEN DETZNER, in his official capacity as the  :<br>Florida Secretary of State  :<br>:<br>:<br>Defendants.  : | CIVIL ACTION<br><br>No. 4:16-cv-751-MW/CAS<br><br><br><br>**PROPOSED ORDER**<br><br><br>*Filed Electronically* |

## PROPOSED ORDER

AND NOW, this _____ day of _____, 2017, upon consideration of the "Motion to Dismiss by Ken Detzner" (Doc. #11); the "Motion to Dismiss by Brenda Snipes" (Doc. #13); and "Plaintiff's Consolidated Brief in Opposition to Defendants' Motions to Dismiss" (Doc. #18), it is hereby ORDERED that:

1. The Motion to Dismiss by Ken Detzner (Doc #11) is DENIED; and

2. The Motion to Dismiss by Brenda Snipes (Doc #13) is DENIED; and

3. Plaintiff's time to serve defendants is retroactively extended to March 22, 2017.

BY THE COURT:

_____
Hon. Mark E. Walker, USDJ

## **CERTIFICATE OF SERVICE**

    I, Paul A. Rossi, attorney for plaintiff, admitted *pro hac vice*, hereby certify that on April 21, 2017, I personally caused to be served on all parties in this action, including opposing counsel of record, a true and correct copy of the foregoing document on opposing counsel through the Court's ECF system.

Dated:  April 21, 2017                      ____/s/ *Paul A. Rossi, Esq*_____
                                                             Paul A. Rossi, Esq.